**No. 49732.**—Protests 27706–K, etc., of B. R. Anderson & Co. et al. (Seattle).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). It was conceded that the merchandise in question is the same in all material respects as that in the cited case, and since it contained salt it was therefore excluded from paragraph 5. The protests were sustained to this extent.